DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK JAMES ENGELMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DERRICK JAMES ENGELMAN,<br><br>            Defendant. | NO. CR.S-08-076-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: March 28, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 28, 2008 be vacated, and the matter be set for status conference on April 25, 2008 at 9:00 a.m.

The reason for this continuance is defense counsel is in trial and discovery was received on March 25, 2008 and defense counsel will need to review and discuss it with the client.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 25, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

```
DATED:  March 27, 2008.                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender


DATED:  March 27, 2008.                /s/ Linda C. Harter
                                       LINDA C. HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant

                                       McGREGOR W. SCOTT
                                       United States Attorney


DATED:  March 27, 2008.                /s/William Wong
                                       WILLIAM WONG
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 25, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2