DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK JAMES ENGELMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-076-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| DERRICK JAMES ENGELMAN, | Date: March 28, 2008 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 28, 2008 be vacated, and the matter be set for status conference on April 25, 2008 at 9:00 a.m.

The reason for this continuance is defense counsel is in trial and discovery was received on March 25, 2008 and defense counsel will need to review and discuss it with the client.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 25, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  March 28, 2008.                    Respectfully submitted,

                                                              DANIEL J. BRODERICK
                                                              Federal Public Defender

DATED:  March 28, 2008.                    /s/ Linda C. Harter
                                                               LINDA C. HARTER
                                                               Chief Assistant Federal Defender
                                                               Attorney for Defendant

                                                               McGREGOR W. SCOTT
                                                               United States Attorney

DATED:  March 28, 2008.                    /s/William Wong
                                                               WILLIAM WONG
                                                               Assistant U.S. Attorney
                                                               Attorney for Plaintiff

---

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including April 25, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  March 28, 2008

                                                               GARLAND E. BURRELL, JR.
                                                               United States District Judge