DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK JAMES ENGELMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-076-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DERRICK JAMES ENGELMAN, | ) | |
| | ) | Date: April 25, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 25, 2008 be vacated, and the matter be set for status conference on May 16, 2008 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 16, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 28, 2008.                          Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender


DATED: April 28, 2008.                          /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant

                                                McGREGOR W. SCOTT
                                                United States Attorney


DATED: April 28, 2008.                          /s/William Wong
                                                WILLIAM WONG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

---

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including May 16, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2