1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DERRICK JAMES ENGELMAN

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. CR.S-08-076-GEB
                                    )
12                 Plaintiff,       )
                                    )  **STIPULATION AND [PROPOSED] ORDER**
13       v.                         )  **CONTINUING STATUS CONFERENCE AND**
                                    )  **EXCLUDING TIME**
14 DERRICK JAMES ENGELMAN,          )
                                    )  Date:  July 25, 2008
15                 Defendant.       )  Time:  9:00 a.m.
                                    )  Judge: Hon. Garland E. Burrell Jr.
16 _____  )

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, WILLIAM WONG, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of July 25, 2008 be vacated, and the matter be set for

22 status conference on August 22, 2008 at 9:00 a.m.

23       The reason for this continuance is to allow defense counsel

24 additional time to examine possible defenses and continue with ongoing

25 investigation of the facts of the case.

26       Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including August 22, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  July 24, 2008                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for DERRICK ENGELMAN


                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED:  July 24, 2008                    /s/ Linda C. Harter for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

                              **O R D E R**

     **IT IS SO ORDERED.**  Time is excluded from today's date through and including August 22, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  July 25, 2008


                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge