```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DERRICK JAMES ENGELMAN

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. CR.S-08-076-GEB
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND [PROPOSED] ORDER
13       v.                      )  CONTINUING STATUS CONFERENCE AND
                                 )  EXCLUDING TIME
14  DERRICK JAMES ENGELMAN,      )
                                 )  Date: August 22, 2008
15                               )  Time: 9:00 a.m.
                Defendant.       )  Judge: Hon. Garland E. Burrell Jr.
16  _____)
```

17      IT IS HEREBY STIPULATED by and between the parties hereto through
18 their respective counsel, WILLIAM WONG, Assistant United States
19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant
20 Federal Defender, attorney for Defendant, that the status conference
21 hearing date of August 22, 2008 be vacated, and the matter be set for
22 status conference on September 19, 2008 at 9:00 a.m.
23      The reason for this continuance is to allow defense counsel to
24 continue ongoing investigation of the facts, and to work toward
25 possible resolution of the case.
26      Based upon the foregoing, the parties agree that the time under
27 the Speedy Trial Act should be excluded from the date of signing of
28 this order through and including September 19, 2008 pursuant to

PDF created with pdfFactory trial version www.pdffactory.com

1  18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local
2  Code T4 based upon continuity of counsel and defense preparation.

3  DATED:  August 21, 2008              Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Public Defender
5

6                                       /s/ Linda C. Harter
                                        LINDA C. HARTER
7                                       Chief Assistant Federal Defender
                                        Attorney for DERRICK ENGELMAN
8

9                                       McGREGOR W. SCOTT
                                        United States Attorney
10

11 DATED:  August 21, 2008              /s/ Linda C. Harter for
                                        WILLIAM WONG
12                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
13

14                          O R D E R

15    **IT IS SO ORDERED.**  Time is excluded from today's date through and
16 including September 19, 2008 in the interests of justice pursuant to
17 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local
18 Code T4.

19 Dated:  August 21, 2008

20

21                                      _____
                                        GARLAND E. BURRELL, JR.
22                                      United States District Judge

Stip & Order/U.S. v. Derrick Engleman        2

PDF created with pdfFactory trial version www.pdffactory.com