```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DERRICK JAMES ENGELMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DERRICK JAMES ENGELMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR.S-08-076-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  September 19, 2008 <br> Time:  9:00 a.m. <br> Judge: Hon. Garland E. Burrell Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 19, 2008 be vacated, and the matter be set for status conference on October 3, 2008 at 9:00 a.m.

    Counsel for Mr. Engelman is presently awaiting a new plea offer in this matter, and additional time is needed to prepare and to continue working with government's counsel toward resolution of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 3, 2008 pursuant to

1  18 U.S.C. §3161 (h)(8)(B)(iv)[reasonable time to prepare] and Local
2  Code T4 based upon continuity of counsel and defense preparation.
3  DATED: September 19, 2008            Respectfully submitted,
4                                       DANIEL J. BRODERICK
                                        Federal Public Defender
5
6                                       /s/ Linda C. Harter
                                        LINDA C. HARTER
7                                       Chief Assistant Federal Defender
                                        Attorney for DERRICK ENGELMAN
8
9                                       McGREGOR W. SCOTT
                                        United States Attorney
10
11 DATED: September 19, 2008            /s/ Linda C. Harter for
                                        WILLIAM WONG
12                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
13

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 3, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/U.S. v. Derrick Engleman           2